■ In the Matter of SCHENLEY INDUSTRIES, INC., Respondent, v. HERBERT ALLEN et al., Individually and as Partners Doing Business under the Name of ALLEN & Co., Appellants.— Order entered February 24, 1966, granting examination of respondents in order to frame a complaint, unanimously reversed,

on the law and on the facts, with $30 costs and disbursements to respondents-appellants, the motion denied and the application dismissed. In order to obtain an examination to frame a complaint, plaintiff should present facts fairly indicating a cause of action against the adverse party. (*Cotler* v. *Retail Credit Co.*, 18 A D 2d 898.) There is no such showing here. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.